JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA OSORIO,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>STATE FARM GENERAL INSURANCE COMPANY,<br><br>　　　　　　Defendant. | Case No. ED CV 19-1934-DMG (SHKx)<br><br>**JUDGMENT** |

-1-

Pursuant to the Court's Order re Defendant State Farm General Insurance Company's Motion for Summary Judgment, filed March 9, 2022,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that judgment is entered in favor of Defendant State Farm General Insurance Company, and against Plaintiff Patricia Osorio.

DATED: March 9, 2022

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE