UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PATRICIA OSORIO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM GENERAL INSURANCE COMPANY, and DOES 1-50, inclusive,<br><br>Defendant. | Case No. ED CV 19-1934-DMG (SHKx)<br><br>**AMENDED JUDGMENT (POST-COST AWARD) [39]** |

Pursuant to the Court's Order re Defendant State Farm General Insurance Company's Motion for Summary Judgment, filed March 9, 2022,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that judgment is entered in favor of Defendant State Farm General Insurance Company, and against Plaintiff Patricia Osorio.

**IT IS FURTHER ORDERED** that pursuant to the Application to the Clerk to Tax Costs filed March 23, 2022, and approved by the Clerk on April 18, 2022, State Farm shall be awarded costs in the amount of $8,998.85.

DATED: April 22, 2022

_____
DOLLY M. GEE
UNITED STATE DISTRICT JUDGE